DOCKET NO. 765

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DUAL-DECK VIDEO CASSETTE RECORDER ANTITRUST LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
AUG 12 1988
PATRICIA D. HOWARD
CLERK OF THE PANEL

TRANSFER ORDER

    This litigation presently consists of three actions pending in three federal districts, one action each in the District of Arizona, Central District of California and Southern District of New York. Before the Panel is a motion by Go-Video, Inc. (Go-Video), the plaintiff in all three actions, to centralize this docket, pursuant to 28 U.S.C. §1407, in the District of Arizona for coordinated or consolidated pretrial proceedings. Eight Arizona defendants along with the California and New York defendants agree that these actions should be centralized but suggest the Central District of California as the transferee district.

    On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the District of Arizona will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. These three actions involve allegations under the federal antitrust laws by Go-Video that numerous motion picture defendants and defendants which manufacture video cassette recorders (VCR) have conspired to boycott Go-Video and refuse, collectively, to manufacture for Go-Video a dual-deck VCR. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

    In designating the District of Arizona as the transferee forum, we note 1) that the first-filed action is pending there and pretrial proceedings are underway; 2) that the Honorable Robert C. Broomfield has already gained familiarity with this litigation through extensive jurisdiction and venue rulings; and 3) that a majority of the parties is already before the Arizona court.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of Arizona be, and the same hereby are, transferred to the District of Arizona and, with the consent of that court, assigned to the Honorable Robert C. Broomfield for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-765 -- In re Dual-Deck Video Cassette Recorder Antitrust Litigation

Central District of California

Go-Video, Inc. v. Universal City Studios, C.A. No. CIV-88-02047

Southern District of New York

Go-Video, Inc. v. Orion Pictures Corporation, C.A. No. 88-CIV-2632

District of Arizona

Go-Video, Inc. v. The Motion Picture Association of America, Inc., et al., C.A. No. CIV-87-0987 PHZ RCB